**FILED & ENTERED**

**JAN 25 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>BGS WORKS, INC.,<br><br><br><br><br>Debtor. | Case No.: 1:20-bk-11237-VK<br><br>Chapter 11<br><br>**ORDER REOPENING CASE**<br><br>[No hearing required] |

On July 15, 2020, BGS Works, Inc., debtor and debtor-in-possession ("Debtor") filed a chapter 11 petition, initiating bankruptcy case no. 1:20-bk-11237-VK (the "First Case"). On May 16, 2022, Debtor filed *Debtor's First Amended Chapter 11 Plan of Reorganization* (the "Plan") [doc. 185].

On October 12, 2022, the Court entered its *Order Confirming Debtor's First Amended Chapter 11 Plan of Reorganization* (the "Order Confirming Plan") [doc. 231]. Pursuant to the Order Confirming Plan, Debtor "shall distribute all property to be distributed pursuant to the terms of the Plan." Order Confirming Plan, p. 3. In addition, the Order Confirming Plan

provides that "[u]pon the substantial consummation of the Plan, Debtor shall file an application for a final decree pursuant to Federal Rule of Bankruptcy Procedure 3022[.]" *Id*.

On June 14, 2023, the Court entered its *Order Granting Motion in Chapter 11 Case for the Entry of an Order Closing Case on an Interim Basis* [doc. 262]. As of January 23, 2024, Debtor has not filed an application for a final decree pursuant to Federal Rule of Bankruptcy Procedure 3022 in the First Case. On January 22, 2024, Debtor filed another chapter 11 petition, initiating bankruptcy case no. 1:24-bk-10104-VK (the "Second Case"). The Court, having reviewed the record in the First Case and the Second Case, and for good cause appearing, it is hereby

ORDERED, that this chapter 11 case is reopened pursuant to 11 U.S.C. §§ 105(a) and 350(b) and Federal Rule of Bankruptcy Procedure 5010.

###

Date: January 25, 2024

Victoria S. Kaufman
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER REOPENING CASE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -- Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of January 23, 2024, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **Katherine Bunker**  kate.bunker@usdoj.gov
- **Oscar Estrada**  oestrada@ttc.lacounty.gov
- **Roksana D. Moradi-Brovia**  Roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Matthew D. Resnik**  Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Edward A Treder**  cdcaecf@bdfgroup.com
- **United States Trustee (SV)**  ustpregion16.wh.ecf@usdoj.gov
- **Dennis J Wickham**  wickham@scmv.com, nazari@scmv.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** On January 23, 2024, a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

BGS Works, Inc.
P.O. Box 902
Woodland Hills, CA 91365

BGS Works, Inc.
20144 Ruston Rd.
Woodland Hills, CA 91364-5638

☐ Service information continued on attached page

**III. SERVED BY THE COURT VIA EMAIL:** On January 23, 2024, a true copy of this judgment or order was sent by email, to the following person(s) and/or entity(ies) at the address(es) indicated below:

kevin@tang-associates.com
kevintang@ecf.courtdrive.com
tangassociates@jubileebk.net
tangkr88411@notify.bestcase.com

☐ Service information continued on attached page